IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BOBBY WYNN,<br><br>   Plaintiff,<br><br>      v.<br><br>UNNAMED DEFENDANT,<br><br>   Defendant. | CIVIL ACTION FILE<br>NO. 1:14-CV-1998-TWT |
| BOBBY WYNN,<br><br>   Plaintiff,<br><br>      v.<br><br>UNNAMED DEFENDANT,<br><br>   Defendant. | CIVIL ACTION FILE<br>NO. 1:14-CV-2000-TWT |

**ORDER**

These are pro se prisoner civil rights actions. They are before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending dismissing the actions without prejudice for failure to comply with a lawful Order of the Court. The Court approves and adopts the Report and Recommendation as the judgment of the Court. These actions are DISMISSED.

T:\ORDERS\14\Wynn\14cv2000\dismiss.wpd

SO ORDERED, this 9 day of October, 2014.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge